

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00570-CV

**PEVETO COMPANIES, LTD.** d/b/a Brake Check,
Appellant

v.

**FASA FRICTION LABORATORIES, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20405
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Fasa Friction Laboratories, Inc. recover its costs of this appeal from appellant Peveto Companies, Ltd. d/b/a Brake Check.

SIGNED November 16, 2016.

Karen Angelini, Justice